**FILED**

APR 27 2020

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ **Deputy Clerk**

# UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

In re:

WILLIAM EDWARD RICE

Debtor(s)

CASE NO.: 8:20-bk-10275-CB

ADVERSARY NO.: N/A

NOTICE OF APPEAL FILED: 04/15/2020

NOTICE OF CROSS APPEAL FILED :

BANKRUPTCY CASE FILED : 01/27/2020

APPEAL DOCKET ENTRY NO.: 105

    USDC Case No.:  8:20-cv-00765-ODW

vs.

Plaintiff(s)

**NOTICE OF REFERRAL OF APPEAL**

Defendant(s)

To all parties in interest, and the:

☐ Bankruptcy Appellate Panel of the Ninth Circuit
☒ United States District Court, Central District of California

You are hereby notified that the following document(s) have been filed at the Bankruptcy Court.

☐ Motion for Leave to Appeal
☐ Answer in opposition to Motion for Leave to Appeal
☒ Notice of Appeal and Statement of Election
☐ Notice of Cross-Appeal
☐ Appellant's Statement of Election to Transfer Appeal to the District Court
☒ Other (*specify*):

    Optional Appellee Statement of Election to Proceed in U.S. District Court

By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this District, the above appeal and related documents have been referred to the Bankruptcy Appellate Panel or U.S. District Court, as indicated above.

I certify that a true copy of the Notice of Appeal and Statement of Election, Notice of Referral of Appeal, Transcript Order Form, and Notice of Transcript were served on each of the parties listed in the Appeal, together with a copy of the Amended Order Continuing the Bankruptcy Appellate Panel of the Ninth Circuit, as applicable.

Kathleen J. Campbell
Clerk of Court

Date: 04/27/2020

By: /s/ Nickie Bolte _____  _____
Deputy Clerk

# NOTICE OF APPEAL SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

☐ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
☒ United States District Court at bkappeal_cacd@cacd.uscourts.gov

Office of the United States Trustee
☐ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
☒ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
☐ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

Other parties served by NEF:
David L. Neale    dln@lnbyb.com
John-Patrick M Fritz    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
Leslie R Horowitz    lhorowitz@clarktrev.com, jthomas@clarktrev.com
Stephen E Hyam    shyam@clarktrev.com
John A Lapinski    jlapinski@clarktrev.com, jthomas@clarktrev.com
Richard H Golubow    rgolubow@wghlawyers.com

XX Service information continued on attached page

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**

William Edward Rice
3 Calle Careyes
San Clemente, CA  92673-0000

Marc J. Winthrop
Winthrop Golubow Hollander, LLP
1301 Dove Street, Suite 500
Newport Beach, CA 92660-2467

XX Service information continued on attached page

**SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

- Kevin H Brogan    kbrogan@hillfarrer.com, wmeyers@hillfarrer.com;lnonato@hillfarrer.com
- Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- John-Patrick M Fritz    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Richard H Golubow    rgolubow@wghlawyers.com,
  pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
- Michael I. Gottfried    mgottfried@elkinskalt.com
- Leslie R Horowitz    lhorowitz@clarktrev.com, jthomas@clarktrev.com
- Stephen E Hyam    shyam@clarktrev.com
- John A Lapinski    jlapinski@clarktrev.com, jthomas@clarktrev.com
- Peter W Lianides    plianides@wghlawyers.com,
  pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
- David L. Neale    dln@lnbyb.com
- Alexander J Suarez    asuarez@glaserweil.com, icojocari@glaserweil.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com
- Roye Zur    rzur@elkinskalt.com

## II. **SERVED BY THE COURT VIA (BNC) (PDF) :**

American Express
P.O. Box 981535
El Paso, TX  79998-1535

BFIM Special Limited Partner Inc.
101 Arch Street
Boston, MA  02110-1130

Alliant Credit Facility ALP, LLC
21600 Oxnard Street, Suite 1200
Woodland Hills, CA  1367-4949

Bank of the West
180 Montgomery Street
San Francisco, CA 94104-4297

Boston Capital Corporate Tax Credit Fund
One Boston Place, 21st Floor
Boston, MA  02108-4407

Boston Financial Institutional Tax Credit
101 Arch Street
Boston, MA  02110-1106

CREA Fifty Oaks, LLC
30 South Meridian Street, Suite 400
Indianapolis, IN 46204-3565

CREA Virginia Terrace, LLC
30 South Meridian Street, Suite 400
Indianapolis, IN 46204-3565

Capital One
P.O. Box 60519
City of Industry, CA 91716-0519

City Bank, N.A.
P.O. Box 769004
San Antonio, TX 78245-9004

DMV Renewal
P.O. Box 942894
Sacramento, CA 94297-0001

Glaser Weil Fink Howard, et al.
Attn: M. Cypers
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA 90067-6200

Highland Property Development LLC
701 S. Myrtle Avenue
Monrovia, CA 91016-3422

Impact Development Group, LLC
235 Montgomery Street, 30th Floor
San Francisco, CA 94104-3117

JB Koepke
Shaw Koepke & Satter
23326 Hawthorne Boulevard, Suite 320
Torrance, CA 90505-3760

James G. Jakowatz, M.D.
P.O. Box 90426
Long Beach, CA 90809-0426

Kristoffer J. Kaufman
701 s. Myrtle Avenue
Monrovia, CA 91016-3422

Mercedes Benz Financial Services
P.O. Box 685
Roanoke, TX 76262-0685

RBC Tax Credit Equity, LLC
600 E Superior Avenue, Suite 2300
Cleveland, OH 44114-2612

SDG&E SMWD
PO BOX 25111
SANTA ANA CA 92799-5111

So Cal Gas
PO Box C
Monterey Park, CA 91754-0932

Talega Mainteance Corp.
c/o First Service Residential
PO Box 62053
Newark, NJ 07101-8062

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y
1000 Blue Gentian Road
Eagan MN 55121-7700

Western Exterminator
PO Box 16350
Reading, PA 19612-6350

Kristoffer J. Kaufmann
c/o Clark & Trevithick
445 S. Figueroa Street, 18th Floor
Los Angeles, CA 90071-1602

Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles Street, #4062
Los Angeles, CA 90012-990

Steven D. Martini
The Martini Law Group, P.C.
523 Fourth Street, Suite 210
San Rafael, CA 94901-3349

Mercedes Benz Financial
c/o Bk Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Alliant Credit Facility LTD
340 Royal Poinciana Way
Suite 305 Suite 338
Palm Beach, FL 33480-4094

American Express National Bank
C/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Bank of America NA
1755 Grant Street, 1st Floor
Concord, CA 94520-2443

Bank of the West
2527 Camino Ramon
San Ramon CA 94583-4213

Boston Capital Tax Credit Fund IV
One Boston Place, 21st Floor
Boston, MA 02108-4407

CR&R
PO Box 1100 30
San Juan Capistrano, CA 92693-1100

CREA Riverview Terrace LLC
30 South Meridian Street, Suite 400
Indianapolis, IN 46204-3565

CTCW-Riverside LLC c/o Column Financial
2660 Eastchase Lane, Suite 401
Montgomery, AL 36117-7024

Cedar Rapids Bank and Trust Company Swa
500 First Avenue Northeast
Cedar Rapids, IA 52401-1314

Citibank, N.A.
P.O. Box 78005
Phoenix, AZ  85062-8005

County of Orange
ATTN: Orange Co Tax Collector
P.O. Box 1438
Santa Ana, CA 92702-1438

DMV Renewal
PO Box 942897
Sacramento, CA 94297-0897

Franchise Tax Board
Special Procedures - Insolvency
P.O. Box 2952
Sacramento, CA 95812-2952

Greines, Martin, Stein & Richland LLP
5900 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90036-5009

Hunt Capital Partners LLC
15910 Ventura Boulevard, Suite 1100
Encino, CA 91436-2812

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase Bank, NA Rate Lock Guar
C/O Marty White
560 Mission Street, 3rd Floor
San Francisco, CA 94105-2991

Joan E. Hoover
2011 Via Mango
San Clemente, CA 92673-5666

Kristoffer J. Kaufman
c/o S. Hyam Clark & Trevithick
445 S. Figueroa Street, 18th Floor
Los Angeles, CA 90071-1602

Nixon Peabody LLP
c/o K Brogan Hill Farrer & Burrill
300 South Grand Avenue, 37th Floor
Los Angeles, CA 90071-3147

Richard W. Gushman, II
3300 Pacific Heights Road
Honolulu, HI 96813-1075

SMWD
26111 Antonio Pkwy
Rancho Santa Margarita, CA 92688-5596

SoCalGas
P.O. Box 30337
Los Angeles CA 90030-0337

Triton Community Development LLC
14131 Yorba Street, Suite 104
Tustin, CA 92780-2052

UC Irvine Health
PO Box 31001-2524
Pasadena, CA 91110-0001

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482
Phoenix, AZ 85038-9482

David L. Neale
Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd., Suite 1700
Los Angeles, CA  90067-6253

William Edward Rice
3 Calle Careyes
San Clemente, CA 92673-6997

SDGE
PO Box 25111
Santa Ana, CA  92799

Alliant Credit Facility LTD
340 Royal Poinciana Way, Suite 338
Palm Beach, FL 33480-4063

BF Advantaged Institutional Tax Credits
101 Arch Street
Boston, MA 02110-1130

Bank of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785

Barclays Bank
Hawaiian Airlines Card Services
PO Box 60517
City of Industry, CA 91716-0517

Boston Capital Tax Credit Fund IV - Seri
One Boston Place, 21st Floor
Boston, MA 02108-4407

CREA Edinburg Village, LLC
30 South Meridian Street, Suite 400
Indianapolis, IN 46204-3565

CREA SLP, LLC
30 South Meridian Street, Suite 400
Indianapolis, IN 46204-3565

CTCW-Villa del Este LLC
2660 Eastchase Lane, Suite 401
Montgomery, AL 36117-7024

Cedars Sinai
File 1108
1801 West Olympic
Pasadena, CA 91199-0001

City of San Clemente Water
100 Avenida Presidio
San Clemente, CA 92672-3198

County of Orange
P.O. Box 4515
Attn: Bankruptcy Unit
Santa Ana, CA  92702-4515

David S. Eisen
Wilson Elser Moskowitz Edelman et a
555 S. Flower Street, Suite 2900
Los Angeles, CA 90071-2407

Gary P. Downs
Downs Pham & Kuei, LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104-3117

Head and Neck Assoc of Orange County
26726 Crown Valley Pkwy, Suite 200
Mission Viejo, CA 92691-8003

Hunt Capital Partners Tax Credit Fund 27
15910 Ventura Boulevard, Suite 1100
Encino, CA 91436-2812

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

James A. Murphy
Murphy Pearson Bradley & Feeney
88 Kearney Street, 10th Floor
San Francisco, CA 94108-5568

John A. Marshall
Marshall & Associates
26565 W. Agoura Road, Suite 200
Calabasas, CA 91302-1990

Laguna Pathology Medical Group
PO Box 6016
Florence, SC 29502-6016

Orange County Institute
24422 Avenida de la Carlota, Suite 110
Laguna Hills, CA 92653-3634

Riverside Charitable Corp
14131 Yorba Street, Suite 200
Tustin, CA 92780-2053

Sea View Orthopaedic Med Group
Camino de los Mares, Suite 109
San Clemente, CA 92673-2808

Steven D. Martini
Martini Law Group, P.C.
523 Fourth Street, Suite 210
San Rafael, CA 94901-3349

Trustees of the Narramore Living Trust o
104a Manhattan Avenue
Jersey City, NJ 07307-3091

United States Trustee (SA)
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-4500

Wells Fargo Home Mortgage
PO Box 51162
Los Angeles, CA 90051-5462

John-Patrick M Fritz
Levene Neale Bender Yoo et al
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067-6253

Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David L. Neale (SBN 141225)<br>John-Patrick M. Fritz (SBN 245240)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, CA 90067<br>Tel:  (310) 229-1234<br>Fax:  (310) 229-1244<br>Email:  DLN@LNBYB.COM; JPF@LNBYB.COM<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:*  William E. Rice | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

</div>

| In re:<br><br>WILLIAM EDWARD RICE,<br><br><div align="right">Debtor(s).</div> | CASE NO.:8:20-bk-10275-CB<br><br>ADVERSARY NO.:<br>(*if applicable*)<br><br>CHAPTER: 11 |
|---|---|
| <div align="right">Plaintiff(s) (*if applicable*).</div><br>vs.<br><br><br><br><div align="right">Defendant(s) (*if applicable*).</div> | <div align="center">**NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION**</div> |

**Part 1:  Identify the appellant(s)**

1.   Name(s) of appellant(s):  William Edward Rice

2.   Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☐ Other (*describe*):

For appeals in a bankruptcy case and not in an  adversary proceeding.
☒ Debtor
☐ Creditor
☐ Trustee
☐ Other (*describe*):

**Part 2:  Identify the subject of this appeal**

1.  Describe the judgment, order, or decree appealed from:
    Order Granting Motion to Dismiss Bankruptcy Case [Doc. No. 103]; Memorandum of Decision (entered
    April 8, 2020) [Doc. No. 99]

2.  The date the judgment, order, or decree was entered:  04/14/2020

**Part 3:  Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone
numbers of their attorneys (*attach additional pages if necessary*):

1.  Party:  Kristoffer J. Kaufmann

    Attorney:

    John A. Lapinski, Leslie R. Horowitz, Stephen E. Hyam
    Clark & Trevithick
    445 South Figueroa Street, 18th Floor
    Los Angeles, CA 90071
    Tel:  (213) 629-5700

2.  Party: Gary P. Downs

    Attorney:

    Marc J. Winthrop, Richard H. Golubow
    Winthrop Golubow Hollander, LLP
    1301 Dove Street, Suite 500
    Newport Beach, CA 92660-2467

**Part 4:  Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal
unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If
an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not
check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐  Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy
    Appellate Panel.

**Part 5:  Sign below**

_____  Date:  04/14/2020
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in
§ 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P.
8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of
Appeal.]

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 15, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On April 15, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 15, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>Via Overnight Mail</u>
The Honorable Catherine Bauer
U.S. Bankruptcy Court
411 W. Fourth St.
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| April 15, 2020 | Jason Klassi | /s/ Jason Klassi |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**8:20-bk-10275-CB Notice will be electronically mailed to:**

Kevin H Brogan on behalf of Interested Party Courtesy NEF
kbrogan@hillfarrer.com, wmeyers@hillfarrer.com;lnonato@hillfarrer.com

Greg P Campbell on behalf of Interested Party Courtesy NEF
ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com

John-Patrick M Fritz on behalf of Debtor William Edward Rice
jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA)
nancy.goldenberg@usdoj.gov

Richard H Golubow on behalf of Creditor Gary P. Downs
rgolubow@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com

Richard H Golubow on behalf of Interested Party Richard H Golubow
rgolubow@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com

Michael I. Gottfried on behalf of Creditor Hunt Capital Partners LLC
mgottfried@elkinskalt.com

Leslie R Horowitz on behalf of Interested Party Kristoffer J. Kaufmann
lhorowitz@clarktrev.com, jthomas@clarktrev.com

Stephen E Hyam on behalf of Interested Party Kristoffer J. Kaufmann
shyam@clarktrev.com

John A Lapinski on behalf of Interested Party Kristoffer J. Kaufmann
jlapinski@clarktrev.com, jthomas@clarktrev.com

Peter W Lianides on behalf of Creditor Gary P. Downs
plianides@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com

David L. Neale on behalf of Debtor William Edward Rice
dln@lnbyb.com

Alexander J Suarez on behalf of Interested Party Courtesy NEF
asuarez@glaserweil.com, icojocari@glaserweil.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Jennifer C Wong on behalf of Interested Party Courtesy NEF
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Roye Zur on behalf of Creditor Hunt Capital Partners LLC
rzur@elkinskalt.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Label Matrix for local noticing
0973-8
Case 8:20-bk-10275-CB
Central District of California
Santa Ana
Wed Apr 15 14:24:10 PDT 2020

Alliant Credit Facility ALP, LLC
21600 Oxnard Street
Suite 1200
Woodland Hills, CA 91367-4949

American Express
P.O. Box 981535
El Paso, TX 79998-1535

BFIM Special Limited Partner Inc.
101 Arch Street
Boston, MA 02110-1130

Bank of the West
180 Montgomery Street
San Francisco, CA 94104-4297

Boston Capital Corporate Tax Credit Fund
One Boston Place
21st Floor
Boston, MA 02108-4407

Boston Financial Institutional Tax Credi
101 Arch Street
Boston, MA 02110-1106

CREA Fifty Oaks, LLC
30 South Meridian Street
Suite 400
Indianapolis, IN 46204-3565

CREA Virginia Terrace, LLC
30 South Meridian Street
Suite 400
Indianapolis, IN 46204-3565

Capital One
P.O. Box 60519
City of Industry, CA 91716-0519

Macadam Bay Financial Services LLC
c/o Bk Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Alliant Credit Facility LTD
340 Royal Poinciana Way
Suite 305
Palm Beach, FL 33480-4094

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Bank of America NA
1755 Grant Street
1st Floor
Concord, CA 94520-2443

Bank of the West
2527 Camino Ramon
San Ramon CA 94583-4213

Boston Capital Tax Credit Fund IV
One Boston Place
21st Floor
Boston, MA 02108-4407

CR&R
PO Box 1100
San Juan Capistrano, CA 92693-1100

CREA Riverview Terrace LLC
30 South Meridian Street
Suite 400
Indianapolis, IN 46204-3565

CTCW-Riverside LLC c/o Column Financial
2660 Eastchase Lane
Suite 401
Montgomery, AL 36117-7024

Cedar Rapids Bank and Trust Company  Swa
500 First Avenue Northeast
Cedar Rapids, IA 52401-1314

United States Trustee (SA)
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Alliant Credit Facility LTD
340 Royal Poinciana Way
Suite 338
Palm Beach, FL 33480-4063

BF ADVANTAGED INSTITUTIONAL TAX CREDITS
101 Arch Street
Boston, MA 02110-1130

Bank of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785

Barclays Bank
Hawaiian Airlines Card Services
PO Box 60517
City of Industry, CA 91716-0517

Boston Capital Tax Credit Fund IV - Seri
One Boston Place
21st Floor
Boston, MA 02108-4407

CREA Edinburg Village, LLC
30 South Meridian Street
Suite 400
Indianapolis, IN 46204-3565

CREA SLP, LLC
30 South Meridian Street
Suite 400
Indianapolis, IN 46204-3565

CTCW-Villa del Este LLC
2660 Eastchase Lane
Suite 401
Montgomery, AL 36117-7024

Cedars Sinai
File 1108
1801 West Olympic
Pasadena, CA 91199-0001

Citibank, N.A.
P.O. Box 769004
San Antonio, TX 78245-9004

Citibank, N.A.
P.O. Box 78005
Phoenix, AZ 85062-8005

City of San Clemente Water
100 Avenida Presidio
San Clemente, CA 92672-3198

Community Housing Assistance Program Inc
14131 Yorba St
Tustin, CA 92780-2052

County of Orange
ATTN: Orange Co Tax Collector
P.O. Box 1438
Santa Ana, CA 92702-1438

County of Orange
P.O. Box 4515
Santa Ana, CA 92702-4515
Attn: Bankruptcy Unit

DMV Renewal
PO Box 942894
Sacramento, CA 94297-0001

DMV Renewal
PO Box 942897
Sacramento, CA 94297-0897

David S. Eisen
Wilson Elser Moskowitz Edelman et a
555 S. Flower Street, Suite 2900
Los Angeles, CA 90071-2407

ERC
PO Box 23870
Jacksonville, FL 32241-3870

Franchise Tax Board
Special Procedures - Insolvency
P.O. Box 2952
Sacramento, CA 95812-2952

Gary P. Downs
Downs Pham & Kuei, LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104-3117

Glaser Weil Fink Howard et al
10250 Constellation Blvd.
19th Floor, attn M. Cypers
Los Angeles, CA 90067-6200

Greines, Martin, Stein & Richland LLP
5900 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90036-5009

Head and Neck Assoc of Orange County
26726 Crown Valley Pkwy
Suite 200
Mission Viejo, CA 92691-8003

Highland Property Development LLC
701 S. Myrtle Ave
Monrovia, CA 91016-3422

Hunt Capital Partners LLC
15910 Ventura Boulevard
Suite 1100
Encino, CA 91436-2812

Hunt Capital Partners Tax Credit Fund 27
15910 Ventura Boulevard
Suite 1100
Encino, CA 91436-2812

Impact Development Group, LLC
235 Montgomery Street, 30th Floor
San Francisco, CA 94104-3117

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JB Koepke,
Shaw Koepke & Satter
23326 Hawthorne Blvd., Suite 320
Torrance, CA 90505-3760

JP Morgan Chase Bank, NA  Rate Lock Guar
C/O Marty White
560 Mission Street, 3rd Floor
San Francisco, CA 94105-2991

James A. Murphy
Murphy Pearson Bradley & Feeney
88 Kearney Street, 10th Floor
San Francisco, CA 94108-5568

James G Jakowatz, M.D.
PO Box 90426
Long Beach, CA 90809-0426

Joan E. Hoover
2011 Via Mango
San Clemente, CA 92673-5666

John A. Marshall
Marshall & Associates
26565 W. Agoura Rd., Ste. 200
Calabasas, CA 91302-1990

Kristoffer J. Kaufman
701 S. Myrtle Avenue
Monrovia, CA 91016-3422

Kristoffer J. Kaufman
c/o S. Hyam  Clark & Trevithick
445 S. Figueroa St., 18th Floor
Los Angeles, CA 90071-1602

Laguna Pathology Medical Group
PO Box 6016
Florence, SC 29502-6016

Mercedes Benz Financial Services
P.O. Box 685
Roanoke, TX 76262-0685

Niguel Botanical Pre
c/o K Brogan  Hill Farrer & Burrill
300 South Grand Avenue, 37th Floor
Los Angeles, CA 90071-3147

Orange County Institute
24422 Avenida de la Carlota
Suite 110
Laguna Hills, CA 92653-3634

RBC Tax Credit Equity, LLC
600 E Superior Avenue
Suite 2300
Cleveland, OH 44114-2612

Richard W. Gushman, II
3300 Pacific Heights Road
Honolulu, HI 96813-1075

Riverside Charitable Corp
14131 Yorba St, Suite 200
Tustin, CA 92780-2053

(p)SDG&E
PO BOX 25111
SANTA ANA CA 92799-5111

SMWD
26111 Antonio Pkwy
Rancho Santa Margarita, CA 92688-5596

Sea View Orthopaedic Med Group
653 Camino de los Mares
Suite 109
San Clemente, CA 92673-2808

So Cal Gas
PO Box C
Monterey Park, CA 91754-0932

SoCalGas
P.O. Box 30337
Los Angeles CA 90030-0337

Steven D. Martini
Martini Law Group, P.C.
523 Fourth St.., Suite 210
San Rafael, CA 94901-3349

Talega Mainteance Corp.
c/o First Service Residential
PO Box 62053
Newark, NJ 07101-8062

Triton Community Development LLC
14131 Yorba St, Suite 104
Tustin, CA 92780-2052

Trustees of the Narramore Living Trust o
104a Manhattan Ave.
Jersey City, NJ 07307-3091

U.S. Trustee - Santa Ana
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701-8000

UC Irvine Health
PO Box 31001-2524
Pasadena, CA 91110-0001

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y
1000 Blue Gentian Road
Eagan MN 55121-7700

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482
Phoenix, AZ 85038-9482

Wells Fargo Home Mortgage
PO Box 51162
Los Angeles, CA 90051-5462

Western Exterminator
PO Box 16350
Reading, PA 19612-6350

David L. Neale
Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067-6253

John-Patrick M Fritz
Levene Neale Bender Yoo et al
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067-6253

Kristoffer J. Kaufmann
c/o Clark & Trevithick
445 S. Figueroa Street, 18th Floor
Los Angeles, CA 90071-1602

William Edward Rice
3 Calle Careyes
San Clemente, CA 92673-6997

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903

PO Box 25111
Santa Ana, CA 92799

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)Hunt Capital Partners LLC

(d)Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

(d)Steven D. Martini
The Martini Law Group, P.C.
523 Fourth St.., Suite 210
San Rafael, CA 94901-3349

(u)Gary P. Downs

(u)Richard H Golubow

End of Label Matrix
Mailable recipients    85
Bypassed recipients     6
Total                  91



FILED & ENTERED

APR 08 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle          DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:20-bk-10275-CB |
| William Edward Rice, | Chapter 11 |
| Debtor, | **MEMORANDUM OF DECISION ON MOTION TO DISMISS** |
| | Dates:  March 25, 2020<br>Time:   10:00 a.m.<br>Courtroom: 5D<br>Address:    411 W 4th Street<br>              Santa Ana, CA 92701 |

On March 25, 2020 at 10:00 a.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth Street, Santa Ana, CA, a hearing was held on Kristoffer J. Kaufmann's ("Kaufmann") and Gary P. Downs's ("Downs") (collectively, "Movants") Joint Motion to Dismiss filed March 2, 2020 as Docket #52 ("Motion").

After having read and considered the Motion and all papers filed in support and in opposition to the Motion and heard the arguments of counsel made at the hearing, the Court finds that this bankruptcy case should be dismissed.

As Debtor's Chapter 11 Case Management Status Report ("Status Report") (Docket #19) indicates, the disputes that arose amongst Debtor and the Movants led to the filing of this bankruptcy case. It is noteworthy that the various claims and disputes cited by Debtor in the Status Report have been the subject of state court litigation for the past seven years. The issues amongst the parties solely involve state law. The state court is very familiar with the parties and their disputes. The state court has already appointed three independent appraisers to value Debtor's interest in Highland Property Development, LLC ("HPD"), the partnership the parties are fighting over. Thus, in the interest of judicial economy, the parties should continue to litigate in state court. A bankruptcy at the present time does not serve the fundamental goals of bankruptcy — giving the debtor a fresh start and treating creditors in an equitable manner.

It is clear that this bankruptcy case was filed at the point where the Movants were attempting to oust Debtor from HPD. This fight over HPD started in April 2013 when Debtor commenced a malpractice action against Downs requesting rescission of Downs's interests in HPD. After several arbitration proceedings and the state court's review of the arbitrator's decision[1], a state court trial regarding Debtor's malpractice action is now scheduled to start on May 6, 2020. Downs obtained a charging order from the state court against Debtor's interests in HPD[2]. It is this charging order that triggered the Movants' contractual buy-out rights set forth in HPD's Operating Agreement. Movants became entitled to buyout Debtor's interests in HPD as of January 28, 2020. Debtor filed bankruptcy on January 27, 2020 to stop the contractual buyout. Yet, while Debtor wanted to stop the buyout, he clearly wants to continue to litigate in state court, as do the Movants. Within five weeks of the bankruptcy filing, Debtor filed a motion for relief from stay (Docket #33) to allow him to continue to litigate the state court malpractice action. Downs also filed a motion for relief from stay (Docket #54) requesting relief

---

[1] The arbitrator dismissed Debtor's malpractice claims. Subsequently, the state court set aside the dismissal and the Court of Appeal affirmed the trial court's decision.

[2] The charging order is to enforce Downs' arbitration award for attorney's fees and costs incurred in an arbitration proceeding regarding Debtor's malpractice claims.

to resume state court litigation on certain issues relating to the contractual buyout.  A

stipulation between Debtor and Kauffman (Docket #39) was filed for relief from stay so that

those two parties could continue with their state court case.

In summation, the facts and actions of the parties make it clear that all the real action is

The primacy of the state court proceedings was further demonstrated by Debtor's failure

to file any of his Monthly Operating Reports ("MORS")[3] in this bankruptcy case.  When asked

about this at the hearing, Debtor's counsel explained that their focus was on the state court

proceedings.[4]

In summation, the facts and actions of the parties make it clear that all the real action is

in state court, not here.

Debtor argued that there are possible preference and fraudulent transfer actions against

Movants.  The legitimacy and plausibility of these alleged actions is in doubt given the litigious

history of these parties.  Regardless, it is clear that these possible actions were not the

reasons for the filing.  The Court gives these claims little weight.

Debtor also argued that there are other creditors who would benefit from the

continuation of this bankruptcy.  However, there are only a few other creditors listed on

Debtor's schedules, including some de minimis debts, a debt to Debtor's mother, a debt to an

entity wholly owned by Debtor, and a debt to Debtor's state court attorney.  None of these

other creditors have pressed for payment or made an appearance in this case.  It is also noted

that the contingent debts listed by Debtor are not liquidated at this point.  The Court does not

find the Debtor's arguments regarding the benefits of continuing this bankruptcy as to other

creditors to be persuasive.

This is a two-party dispute (albeit with three people).  The crux of the matter is control

over HPD.  Only state law issues are involved.  The Debtor is not seeking a fresh start; he

---

[3] The only reason this Memorandum of Decision does not also list 11 U.S.C. §§ 1112(b)(4)(F) and (H) as reasons for dismissal is the UST's current lack of staffing, due to the coronavirus, to litigate an appeal regarding MORs.

[4] The late-filed MOR that Debtor filed after the hearing disclosed a troubling payment of $450,000 to Debtor's state court counsel by Triton Community Development, LLC, an entity 100% owned by Debtor according to his bankruptcy schedules.

1  simply wishes to extract from the state court litigation the one piece he dislikes -- the buyout.

2  For the reasons stated in this Memorandum it is clear the parties should continue to litigate all

3  of their issues in state court.

4      The Motion shall be granted.

5      Movants' counsel shall file an order consistent with this Memorandum of Decision.

6

7             ###

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  Date: April 8, 2020

Catherine Bauer
United States Bankruptcy Judge

25

26

27

28

1 | John A. Lapinski, SBN 71596
    JLapinski@ClarkTrev.com
2 | Leslie R. Horowitz, SBN 97630
    LHorowitz@ClarkTrev.com
3 | Stephen E. Hyam, SBN 198065
    SHyam@ClarkTrev.com
4 | Clark & Trevithick
    445 South Figueroa Street, 18th Floor
5 | Los Angeles, California 90071
    Tel: 213-629-5700 -/- Fax: 213-624-9441
6 | Attorneys for Creditor Kristoffer J. Kaufmann

7 | Marc J. Winthrop, SBN 63218
    MWinthrop@wghlawyers.com
8 | Richard H. Golubow, SBN 160434
    RGolubow@wghlawyers.com
9 | Winthrop Golubow Hollander, LLP
    1301 Dove Street, Suite 500
10 | Newport Beach, CA 92660-2467
     Tel: 949-720-4110 -/- Fax: 949-720-4111
11 | Attorneys for Creditor Gary P. Downs

**FILED & ENTERED**

APR 14 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle          DEPUTY CLERK

CHANGES MADE BY COURT

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

WILLIAM EDWARD RICE,

Debtor.

Case No. 8:20-bk-10275-CB

Chapter 11

**ORDER GRANTING MOTION TO DISMISS BANKRUPTCY CASE**

Date:     March 25, 2020
Time:     10:00 a.m.
Courtroom: 5D
Address:   411 W Fourth Street
           Santa Ana, CA 92701

A hearing was held on March 25, 2020, at 10:00 a.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth Street, Santa Ana, CA, on Kristoffer J. Kaufmann and Gary P. Downs' Motion to Dismiss the Bankruptcy Case of In re William E. Rice, 8:20-bk-10275-CB ("Motion"). Appearances were made as noted on the record.

//

//

1

The Court having read and considered the Motion, and related filings, heard the statements of counsel, noted the reasons stated on the record, issued a Memorandum of Decision on Motion To Dismiss filed April 8, 2020 as Docket #99.  In compliance with the Memorandum of Decision,

IT IS ORDERED:

1.      The Motion is granted.

2.      The bankruptcy case of In re William E. Rice case number 8:20-bk-10275-CB is dismissed.

<div align="center">###</div>

Date: April 14, 2020

Catherine Bauer
United States Bankruptcy Judge

1  RICHARD H. GOLUBOW – State Bar No. 160434
   rgolubow@wghlawyers.com
2  PETER W. LIANIDES – State Bar No. 160517
   plianides@wghlawyers.com
3  **WINTHROP GOLUBOW HOLLANDER, LLP**
   1301 Dove Street, Suite 500
4  Newport Beach, CA 92660
   Telephone:   (949) 720-4100
5  Facsimile:    (949) 720-4111

6
   JOHN A. LAPINSKI – State Bar No. 71596
7  jlapinski@ClarkTrev.com
   LESLIE R. HOROWITZ – State Bar No. 97630
8  lhorowitz@ClarkTrev.com
   STEPHEN E. HYAM – State Bar No. 198065
9  shyam@ClarkTrev.com
   CLARK & TREVITHICK
10 445 South Figueroa Street, 18th Floor
   Los Angeles, CA 90071
11 Telephone: (213) 629-5700

12
   ☒  Attorneys for Creditors, Gary P. Downs and
13 Kristoffer J. Kaufmann

14

FOR COURT USE ONLY

15 |  | |
16 | **UNITED STATES BANKRUPTCY COURT** | |
   | **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION** | |

17 | In re: | CASE NO.: 8:20-bk-10275-CB |
18 | WILLIAM EDWARD RICE, | CHAPTER: 11 |
19 | | |
   |         Debtor and | |
20 |         Debtor-in-Possession. | |

21

22

23 | WILLIAM EDWARD RICE | **APPELLEES' STATEMENT OF** |
   |         Appellant, | **ELECTION TO PROCEED IN** |
24 | | **DISTRICT COURT** |
   |     v. | |
25 | GARY P. DOWNS, an individual; | |
   | KRISTOFFER J. KAUFMANN, an individual, | |
26 | | |
   |         Appellees. | |
27

28

**Part 1: Identify the appellee(s) electing to proceed in the District Court**

1. Name(s) of appellee(s):

   Gary P. Downs and Kristoffer J. Kaufmann

2. Position of appellee(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ☐ Plaintiff | ☐ Debtor |
| ☐ Defendant | ☒ Creditor |
| ☐ Other (describe) _____ | ☐ Trustee |
| | ☐ Other (describe): _____ |

**Part 2: Election to have this appeal heard by the District Court (applicable only in certain districts)**

I (we) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 3: Sign below**

*/s/ Richard H. Golubow*                          Date: April 17 , 2020
Signature of attorney for appellee(s)
Gary P. Downs
(or appellee(s) if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellee(s) if not represented by an attorney):

Richard H. Golubow, Esq.
WINTHROP GOLUBOW HOLLANDER, LLP
1301 Dove Street, Suite 500
Newport Beach, CA 92660
(949) 720-4100

~~Stephen E. Hyam~~                          Date: April 17, 2020
Signature of attorney for appellee(s)
Kristoffer J. Kaufmann
(or appellee(s) if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellee(s) if not represented by an attorney):

Stephen E. Hyam, Esq.
CLARK & TREVITHICK
445 South Figueroa Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 629-5700

**CERTIFICATE OF SERVICE**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 1301 Dove Street, Suite 500 Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled:

- **APPELLEES' STATEMENT OF ELECTION TO PROCEED IN DISTRICT COURT**

will be served or was served in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 17, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kevin H Brogan**    kbrogan@hillfarrer.com, wmeyers@hillfarrer.com;lnonato@hillfarrer.com
- **Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **John-Patrick M Fritz**    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
- **Nancy S Goldenberg**    nancy.goldenberg@usdoj.gov
- **Richard H Golubow**    rgolubow@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com
- **Leslie R Horowitz**    lhorowitz@clarktrev.com, jthomas@clarktrev.com
- **Stephen E Hyam**    shyam@clarktrev.com
- **John A Lapinski**    jlapinski@clarktrev.com, jthomas@clarktrev.com
- **Peter W Lianides**    plianides@wghlawyers.com, pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
- **David L. Neale**    dln@lnbyb.com
- **Alexander J Suarez**    asuarez@glaserweil.com, icojocari@glaserweil.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**2.  SERVED BY UNITED STATES MAIL**:  On **April ___, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 17, 2020 | Jeannie Martinez | /s/ Jeannie Martinez |
|---|---|---|
| Date | Printed Name | Signature |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Individual appearing without attorney*<br>☐ *Attorney for:* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

</div>

| In re: | |
|---|---|
| | CASE NO.: |
| | CHAPTER: **Select Chapter** |
| | ADVERSARY NO.:<br>(if applicable) |
| | DATE NOTICE OF APPEAL FILED: |
| | DATE NOTICE OF CROSS APPEAL FILED: |
| Debtor(s). | APPEAL DOCKET ENTRY NO.: |
| | |
| Plaintiff(s),<br>vs. | **NOTICE OF TRANSCRIPT(S) DESIGNATED FOR AN APPEAL** |
| Defendant(s). | |

Notice is given to the court and other parties in interest that the following action was taken:

☐   I do not intend to designate any portion of the transcript(s).

☐   I requested a copy of the transcript(s).

    1.  Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
       Date (*specify*) _____ transcript was requested.

    2.  Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
       Date (*specify*) _____ transcript was requested.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                    Page 1                    **F 8004-1.1.NOTICE.TRANSCRIPT**

3. Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
   Date (*specify*) _____ transcript was requested.

4. Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
   Date (*specify*) _____ transcript was requested.

5. Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
   Date (*specify*) _____ transcript was requested.

☐ I intend to designate the following transcript(s) previously docketed:

1. Hearing date (*specify*) _____ of designated transcript.
   Docket entry number of designated transcript  (*specify*) _____

2. Hearing date (*specify*) _____ of designated transcript.
   Docket entry number of designated transcript  (*specify*) _____

3. Hearing date (*specify*) _____ of designated transcript.
   Docket entry number of designated transcript  (*specify*) _____

4. Hearing date (*specify*) _____ of designated transcript.
   Docket entry number of designated transcript  (*specify*) _____

5. Hearing date (*specify*) _____ of designated transcript.
   Docket entry number of designated transcript  (*specify*) _____

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

_____
Attorney for (*specify*)

<u>Instructions</u>

This Notice <u>cannot</u> be used to order a transcript.  To order a transcript, use the court approved Transcript Order Form on the court's website at www.cacb.uscourts.gov/transcripts.

This Notice must be served on opposing counsel and filed with the court within 14 days of the filing of the Notice of Appeal.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                    Page 2                    **F 8004-1.1.NOTICE.TRANSCRIPT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF TRANSCRIPT(S) DESIGNATED FOR AN APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____     _____
_Date_                    _Printed Name_                                    _Signature_

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# TRANSCRIPT ORDERING INSTRUCTIONS

## TRANSCRIPT REQUESTS

A separate form must be completed for each hearing date requested.  Select a Transcription Service Provider from the attached Court-approved list of transcribers and complete the *Transcript Order form*.

Five (5) types of transcript requests:

- **Ordinary:** A transcript to be delivered within thirty (30) calendar days after receipt of deposit.

- **14 Days:** A transcript to be delivered within fourteen (14) calendar days after receipt of deposit.

- **7 Days:** A transcript to be delivered within seven (7) calendar days after receipt of deposit.

- **3 Days:** A transcript to be delivered within three (3) calendar days after receipt of deposit.

- **Daily:** A transcript to be delivered within 24 hours after receipt of deposit.

## 341(a) MEETING OF CREDITORS:

The Meeting of Creditors is recorded by the Trustee. The Court does not keep or provide a copy of the recording.  For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16.

## FILE THE TRANSCRIPT ORDER FORM

Parties with an ECF account must file the Transcript Order Form in CM/ECF on the related case docket. Use docket event "*Transcript Order Form (Public Request)*." As with all ECF filings, the completed PDF *Transcript Order Form* must be "flattened" before electronically filing through ECF (click here to view the procedure). Self-represented litigants and parties without an ECF account may hand-deliver or mail the form to the division where the hearing was held.

**\*NOTE: The Court does not accept transcript requests via fax, email or telephone.**

## TRANSCRIPT PROCESSING

The Court does not transcribe court proceedings. **The official record of court proceedings is transcribed by a court-approved transcriber from materials provided to that transcriber by the court.** When a *Transcript Order Form* is received, the Court will forward the hearing information to the Transcription Service Provider you designate on the Transcript Order Form. The Transcription Service Provider will contact you regarding receipt of the transcript. Thereafter, contact the Transcription Service Provider directly if you have questions regarding your transcript order. Transcripts cannot be picked up at the Court. For more information, go to www.cacb.uscourts.gov/track-transcript-status.

## TRANSCRIPT COSTS/FORMS OF PAYMENT

The Transcription Service Provider will contact you directly regarding transcript costs and forms of payment. Rates may vary but may not exceed maximum charges set by the Judicial Conference of the United States (maximum rates are listed at www.cacb.uscourts.gov/transcripts).

## COPIES OF TRANSCRIPTS

Once the *Transcript Order Form* requesting a transcript of a hearing is entered on the related case docket, a Transcription Service Provider is designated and materials for transcription are sent by the Court to the designated Transcription Service Provider. If more than one party files a *Transcript Order Form* for the same hearing, the first *Transcript Order Form* on the docket takes precedence. All other parties that wish to obtain a transcript of the same hearing are to contact the Transcription Service Provider designated on the case docket.

Completed transcripts are filed by the transcriber on the related case docket and restricted for 90 days from the filed date as set forth in the *Guide to Judiciary Policy* Vol. 6, §510.25.10. During the 90-day restriction period, the transcript may be viewed at the Clerk's Office on a public computer terminal or a copy purchased from the designated Transcription Service Provider that created the original transcript. For more information see *Transcript Ordering Instructions,* section 1.15 of the Court Manual at www.cacb.uscourts.gov/court-manual.

## COURT LOCATIONS

Self-represented litigants and parties without an ECF account may hand-deliver or mail the form to the division where the hearing was held.

| *DIVISION | ADDRESS |
|-----------|---------|
| **Los Angeles (LA)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>255 E. Temple Street Suite 940<br>Los Angeles, CA 90012<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **Northern (ND)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>1415 State Street<br>Santa Barbara, CA 93101<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **Riverside (RS)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>3420 Twelfth Street<br>Riverside, CA 92501<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **San Fernando Valley (SV)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **Santa Ana (SA)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>411 West Fourth Street<br>Santa Ana, CA 92701<br>Attn: Transcript Orders (name of Judge who held the hearing) |

**\*NOTE: The Court does not accept transcript requests via fax, email or telephone.**



# UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

## APPROVED TRANSCRIPTION SERVICE PROVIDERS

**BEN HYATT CERTIFIED DEPOSITION REPORTERS**
17835 Ventura Blvd., Suite 310
Encino, CA 91316
Ph: (888) 272-0022, ext. 201 or ext. 206
Fax: (818) 343-7116
Email: mhyatt@benhyatt.com
www.BenHyatt.com

**eSCRIBERS, LLC**
7227 N 16th Street, Suite 207
Phoenix, AZ 85020
Ph:(213) 943-3843
Fax: (973) 954-5619
Email: operations@escribers.net
www.eScribers.net

**BRIGGS REPORTING CO., INC.**
4455 Morena Boulevard, Suite 104
San Diego, CA 92117
Ph: (310) 410-4151
Fax: (858) 453-9625
Email:briggs_reporting@sbcglobal.net

**EXCEPTIONAL REPORTING SERVICES, INC.**
14633 S. Padre Island Drive, Suite 103
Corpus Christi, TX 78418
Ph:(361) 949-2988, ext. 0
Fax: (361) 949-7799
Email: transcripts@exceptionalreporting.com
www.ExceptionalReporting.com

**ECHO REPORTING, INC.**
4455 Morena Boulevard, Suite 104
San Diego, CA 92117
Ph:(858) 453-7590
Fax: (858) 453-9625
Email: echoreporting@yahoo.com
www.EchoReportinginc.com

**J & J COURT TRANSCRIBERS, INC.**
268 Evergreen Avenue
Hamilton, NJ 08619
Ph: (609) 586-2311
Fax: (609) 587-3599
Email: JJcourt@JJcourt.com
www.JJcourt.com



ORDER No. _____

# UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### **TRANSCRIPT ORDER FORM**

CHAPTER_____

APPEAL? ☐ Yes ☐ No
APPEAL No. _____
<span>(if known)</span>

(File this form on the related case docket)

Ordering Party's Name:_____  Attorney Bar# _____

Law Firm: _____

Mailing Address: _____

_____

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***):_____

Telephone: (_____)_____  E-mail: _____

Bankruptcy Case #: _____  Adversary Proceeding #/MP #: _____

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): _____Time: _____

Debtor: _____

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: SELECT _____  Courtroom #: SELECT _____ .

**TRANSCRIBER:** SELECT _____  **ALTERNATE:** SELECT _____
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

| **Transcript Type:** | **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. |
|---|---|

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)  ☐ 3 Days  ☐ Entire Hearing
☐ 14 Days  ☐ Daily (24 hours)  ☐ Ruling/Opinion of Judge only
☐ 7 Days  ☐ Testimony of Witness _____
 ☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\***: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:____)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

(Tape #:____)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

Court Recorder: _____Division:_____ Processed by: _____

### **\*\*TRANSCRIBER INSTRUCTIONS**

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote *prior* to transcribing.

*Rev. June 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*

AMENDED ORDER CONTINUING

THE BANKRUPTCY APPELLATE PANEL

OF THE NINTH CIRCUIT

**JUDICIAL COUNCIL OF THE NINTH CIRCUIT AMENDED ORDER CONTINUING THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT**

1.    **Continuing the Bankruptcy Appellate Panel Service.**

    (a)  Pursuant to 28 U.S.C. § 158(b)(1) as amended by the Bankruptcy Reform  Act of 1994, the judicial council hereby reaffirms and continues a bankruptcy appellate panel service which shall provide panels to hear and determine appeals from judgments, orders and decrees entered by bankruptcy judges from districts within the Ninth Circuit.

    (b)  Panels of the bankruptcy appellate panel service may hear and determine appeals originating from districts that have authorized such appeals to be decided by the bankruptcy appellate panel service  pursuant to 28 U.S.C. § 158(b)(6).

    (c)  All appeals originating from those districts shall be referred to bankruptcy appellate panels unless a party elects to have the appeal heard by the district court in the time and manner and form set forth in 28 U.S.C. § 158(c)(1) and in paragraph 3 below.

    (d)  Bankruptcy appellate panels may hear and determine appeals from final judgments, orders and decrees entered by bankruptcy judges and, with leave of bankruptcy appellate panels, appeals from interlocutory orders and decrees entered by bankruptcy judges.

    (e)  Bankruptcy appellate panels may hear and determine appeals from final judgments, orders, and decrees entered after the district court from which the appeal originates has issued an order referring bankruptcy cases and proceedings to bankruptcy judges pursuant to 28 U.S.C. § 157(a).

2.    **Immediate Reference to Bankruptcy Appellate Panels.**

    Upon filing of the notice of appeal, all appeals are immediately referred to the bankruptcy appellate panel service.

3.  **Election to District Court.**

    A party desiring to transfer the hearing of an appeal from the bankruptcy appellate panel

service to the district court pursuant to 28 U.S.C. § 158(c)(1) shall timely file a written statement of election expressly stating that the party elects to have the appeal transferred from the bankruptcy appellate panel service to the district court.

(a)  Appellant: If the appellant wishes to make such an election, appellant must file a written statement of election with the clerk of the bankruptcy court at the time of filing the notice of appeal.  See Bankruptcy Rule 8005(a).  When such an election is made, the clerk of the bankruptcy court shall forthwith transfer the case to the district court.  The clerk of the bankruptcy court shall give notice to all parties and the clerk of the bankruptcy appellate panel of the transfer at the same time and in the same manner as set forth for serving notice of the appeal in Bankruptcy Rule 8003(c).

(b)  All Other Parties: In all appeals where appellant does not file an election, the clerk of the bankruptcy court shall forthwith transmit a copy of the notice of appeal to the clerk of the bankruptcy appellate panel.  If any other party wishes to have the appeal heard by the district court, that party must, within thirty (30) days after service of the notice of appeal, file with the clerk of the bankruptcy appellate panel a written statement of election to transfer the appeal to the district court.  Upon receipt of a timely statement of election filed under this section, the clerk of the bankruptcy appellate panel shall forthwith transfer the appeal to the appropriate district court and shall give notice of the transfer to the parties and the clerk of the bankruptcy court.  Any question as to the timeliness of an election shall be referred by the clerk of the bankruptcy appellate panel to a bankruptcy appellate panel motions panel for determination.

4.    MOTIONS DURING ELECTION PERIOD

All motions relating to an appeal shall be filed with the bankruptcy appellate panel service unless the case has been transferred to a district court.  The bankruptcy appellate panels may not dismiss or render a final disposition of an appeal within thirty (30) days from the date of service of the notice of appeal,  but may otherwise fully consider and dispose of all motions.

5.    PANELS

Each appeal shall be heard and determined by a panel of three judges from among those appointed pursuant to paragraph 6, provided however that a bankruptcy judge shall not participate in an appeal originating in a district for which the judge is appointed or designated under 28 U.S.C. § 152.  In addition, the panel may hear and determine appeals en banc under rules promulgated by and approved as provided in section 8 of this order.

6.    MEMBERSHIP OF BANKRUPTCY APPELLATE PANELS

The bankruptcy appellate panel shall consist of seven members serving seven-year terms (subject to reappointment to one additional three-year term).  The judicial council shall periodically examine the caseload of the bankruptcy appellate panel service to assess whether the number of bankruptcy judges serving should change.  Appointment of regular and pro tem bankruptcy judges to service on the bankruptcy appellate panel shall be governed by regulations promulgated by the Judicial Council.

(a)  When a three-judge panel cannot be formed from the judges designated under subparagraph (a) to hear a case because judges have recused themselves, are disqualified from hearing the case because it arises from their district, or are otherwise unable to participate, the Chief Judge of the  Ninth Circuit may designate one or more other bankruptcy judge(s) from the circuit to hear the case.

(b)  In order to provide assistance with the caseload or calendar relief, to constitute an en banc panel, or otherwise to assist the judges serving, or to afford other bankruptcy judges with the opportunity to serve on the bankruptcy appellate panels, the Chief Judge of the Ninth Circuit may designate from time to time one or more other bankruptcy judge(s) from the circuit to participate in one or more panel sittings.

7.      **CHIEF JUDGE**

The members of the bankruptcy appellate panel service by majority vote shall select one of their number to serve as chief judge.

8.      **RULES OF PROCEDURE**

(a)      Practice before the bankruptcy appellate panels shall be governed by Part VIII of the Federal Rules of Bankruptcy Procedure, except as provided in this order or by rule of the bankruptcy appellate panel service adopted under subparagraph (b).

(b)      The bankruptcy appellate panel service may establish rules governing practice and procedure before bankruptcy appellate panels not inconsistent with the Federal Rules of Bankruptcy Procedure.  Such rules shall be submitted to, and approved by, the Judicial Council of the Ninth Circuit.

9.      **PLACES OF HOLDING COURT.**

Bankruptcy appellate panels may conduct hearings at such times and places within the Ninth Circuit as it determines to be appropriate.

10.    **CLERK AND OTHER EMPLOYEES.**

(a) Clerk's Office.  The members of the bankruptcy appellate panel service shall select and hire the clerk of the bankruptcy appellate panel.  The clerk of the bankruptcy appellate panel may select and hire staff attorneys and other necessary staff.  The chief judge shall have appointment authority for the clerk, staff attorneys and other necessary staff.  The members of the bankruptcy appellate panel shall determine the location of the principal office of the clerk.

(b) Law Clerks.  Each judge on the bankruptcy appellate panel service shall have appointment authority to hire an additional law clerk.

11.    **EFFECTIVE DATE**

This Order shall be effective as to all appeals originating in those bankruptcy cases that are filed after the effective date of this Order.  For all appeals originating in those bankruptcy cases that were filed before October 22, 1994, the Judicial Council's prior Amended Order, as revised October 15, 1992, shall apply.  This Order, insofar as just and practicable, shall apply to all appeals originating in those bankruptcy cases that were filed after the effective date of the Bankruptcy Reform Act of 1994, October 22, 1994, but before the date of this Order.

**IT IS SO ORDERED.**

DATE: April 28, 1995; amended May 9, 2002, amended May 4, 2010, amended February 18, 2015.

For the Judicial Council:

_Sidney R. Thomas_

**Sidney R. Thomas, Chief Judge**
**U.S. Court of Appeals**